683 A.2d 175

**Wilbert L. DAVIS**

v.

**STATE of Maryland.**

**No. 141, Sept. Term, 1995.**

Court of Appeals of Maryland.

Oct. 4, 1996.

Victoria S. Lansburgh, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief) Baltimore, for Petitioner.

Annabelle L. Lisic, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief) Baltimore, for Respondent.

Argued before MURPHY, C.J., ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this fourth day of October, 1996

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.